UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERHAWI FISSEHAYE,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN OF GOLDEN STATE ANNEX,<br><br>    Respondent. | No.  1:26-cv-00682-DJC-DMC-HC<br><br><br>ORDER |

  Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis.  Examination of the in forma pauperis application reveals that Petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

  The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel for Petitioner and Petitioner's motion for appointment of counsel will be

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

1 | granted.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th
2 | Cir. 1983).
3 |       Upon the resolution of Petitioner's temporary restraining order, the Court will set a
4 | briefing schedule for parties to address the merits of the petition.
5 |       In accordance with the above, IT IS HEREBY ORDERED that:
6 |       1.    Petitioner's motion to proceed in forma pauperis, ECF No. 2, is
7 | GRANTED and Petitioner is authorized to proceed in forma pauperis without prepayment
8 | of the filing fee in this action.
9 |       2.    Petitioner's motion to appoint counsel, ECF No. 3, is GRANTED and The
10 | Federal Defender is appointed to represent Petitioner.
11 |       3.    The Clerk of the Court shall serve a copy of this order, along with a copy
12 | of the § 2241 petition, on the Federal Defender, Attention: Habeas Appointment
13 | (zzCAE_Appointments_Habeas@fd.org).
14 |       4.    Within seven (7) days of this order, the appointing authority for the Eastern
15 | District of California shall identify counsel and send counsel's contact information to the
16 | undersigned's courtroom deputy Jodi Palmer at jpalmer@caed.uscourts.gov, and counsel
17 | will be added as counsel for Petitioner.  If counsel is not a member of the Eastern District
18 | of California Criminal Justice Act Panel, within seven days of this Order the Federal
19 | Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

1  / / /

2         5.    In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, Respondent shall not transfer Petitioner outside of this judicial district, pending further order of the court. See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions . . . ."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

Dated: January 29, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3